# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 181 - 1 | **DATE** | 3/17/2010 |
| **CASE TITLE** | USA vs. Anthony A. Demasi | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held.  Defendant withdraws plea of not guilty and enters plea of guilty to Counts, 1, 2, 3, 4 and 5.  Defendant informed of rights.  Judgment of guilty entered.  Cause referred to the probation office for a presentence investigation.  Sentencing set for 7/2/2010 at 12:00 PM.  Order same bond to stand.

Docketing to mail notices.

00:21

| | Courtroom Deputy Initials: | ETV |
|---|---|---|