| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:09CR00181 |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)*<br>1:15CR20427 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| --- | --- | --- |
| Anthony A Demasi<br>417 Wilcox Parkway<br>Clare, Michigan 48617 | Illinois Northern | Eastern |
| | NAME OF SENTENCING JUDGE | |
| | Rebecca R. Pallmeyer | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/24/14 — TO 3/23/2017 |

**OFFENSE**

FRAUD BY WIRE - RADIO - OR TELEVISION 18:1343.FFRAUD BY WIRE - RADIO - OR TELEVISION 18:1343.FFRAUD BY WIRE - RADIO - OR TELEVISION 18:1343.FEMBEZZLEMENT OR LARCENY - EMPLOYEES OF U.S. GOVERNMENT 7:13A.FEMBEZZLEMENT OR LARCENY - EMPLOYEES OF U.S. GOVERNMENT 7:13A.F

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   "Northern District of Illinois"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the ED/MI upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 15, 2015
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ED/MI

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

# FILED

July 10, 2015

AUG 1 9 2015

s/Thomas L. Ludington

*Effective Date* — *United States District Judge*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT